**DISMISS; and Opinion Filed August 5, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00546-CV

## TEXAS COMMUNITY DEVELOPMENT CORP.
## F/K/A WOODLAND DEVELOPMENT CORP., Appellant
## V.
## FULBRIGHT & JAWORSKI, LLP, Appellee

**On Appeal from County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06695-E**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Brown
Opinion by Chief Justice Wright

The clerk's record in this case is overdue. In a letter dated June 26, 2014, we notified appellant that the Dallas County Clerk informed the Court that the clerk's record had not been filed because appellant had not paid or made arrangements to pay for the clerk's record. We directed appellant to file, within ten days of the date of our letter, written verification that it had paid or made arrangements to pay for the clerk's record. We cautioned appellant that if we did not received the required documentation within ten days, we might dismiss the appeal without further notice. To date, appellant has not provided the required documentation regarding the status of the clerk's record nor has it otherwise corresponded with the Court regarding this appeal.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).


        /Carolyn Wright/
        CAROLYN WRIGHT
        CHIEF JUSTICE


140546F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TEXAS COMMUNITY DEVELOPMENT
CORPORATION f/k/a WOODLAND
DEVELOPMENT CORPORATION,
Appellant

No. 05-14-00546-CV        V.

FULBRIGHT & JAWORSKI, LLP, ET AL.,
Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-12-06695-E.
Opinion delivered by Chief Justice Wright,
Justices Lang-Miers and Brown
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee FULBRIGHT & JAWORSKI, LLP, ET AL. recover its costs of this appeal, if any, from appellant TEXAS COMMUNITY DEVELOPMENT CORPORATION f/k/a WOODLAND DEVELOPMENT CORPORATION.

Judgment entered this 5th day of August, 2014.